UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Deborah Marie and Jason Robert Collins

    Bankruptcy No. 19-14224-AMC
    Chapter     13

Date: December 15, 2021

To:    Michael Rayburn McFarlin, Counsel
    933 N. Charlotte Street, Suite 3B
    Pottstown, PA 1464

## NOTICE OF INACCURATE FILING

Re: Motion to [Re]Convert Case to Chapter 7

The above pleading was filed in this office on **12/15/2021**. Please be advised that the following document(s) filed contains a deficiency as set forth below:

- ( ) Debtor's name does not match case number listed
- ( ) Debtor's name and case number are missing
- ( ) Wrong PDF document attached
- ( ) PDF document not legible
- **(XX) Notice of Motion/Objection**
- ( ) Electronic Signature missing
- ( ) Other:

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice. All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov** . Otherwise, the matter will be referred to the Court.

Timothy B. McGrath
Clerk

By: Joan Ranieri
Deputy Clerk

CM-ECF 14 day notice.frm
4/30/04